IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KATHY L. BORLAND,

                    Plaintiff,

v.                                                    Case No.   07-4098-RDR

KANSAS SPEEDWAY CORPORATION,

                    Defendant.

_____

ORDER

On October 23, 2007, the court granted defendant's motion for production of all records pertaining to KHRC Case No. 30123-06 (EEOC Charge No. 28D-2006-02774).  The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's or EEOC's legal staff for *in camera* review.  The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

Copies of this Order shall be mailed to all counsel of record and the KHRC.

IT IS SO ORDERED.

Dated this 6th day of November, 2007, at Topeka, Kansas.

                              s/ K. Gary Sebelius
                              K. Gary Sebelius
                              U.S. Magistrate Judge